SHELLHORN v. BRAD RAGAN, INC.

No. 113 PC.

Case below: 38 N.C. App. 310.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 November 1978.

SIBBETT v. LIVESTOCK, INC.

No. 79 PC.

Case below: 37 N.C. App. 704.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1978.

STATE v. BATES

No. 66 PC.

Case below: 37 N.C. App. 276.

Application by defendant for further review denied 3 November 1978.

STATE v. BROOKS

No. 63 PC.

Case below: 38 N.C. App. 48.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 November 1978.

STATE v. CUMMINGS

No. 61 PC.

Case below: 37 N.C. App. 742.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1978.